No. 88–5811.   HARDCASTLE v. PENNSYLVANIA.   Sup. Ct. Pa.;
No. 88–6272.   WILSON v. ZANT, DEPUTY COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS.   Sup. Ct. Ga.;
No. 88–7299.   PRUITT v. GEORGIA.   Sup. Ct. Ga.;
No. 89–5223.   MACK v. ILLINOIS.   Sup. Ct. Ill.;
No. 89–6166.   TOMPKINS v. FLORIDA.   Sup. Ct. Fla.;
No. 89–6192.   MURRAY v. MISSOURI.   Sup. Ct. Mo.;
No. 89–6427.   SPENCER v. VIRGINIA.   Sup. Ct. Va.; and
No. 89–6435.   SPENCER v. VIRGINIA.   Sup. Ct. Va.   Certiorari denied.   Reported below: No. 88–5811, 519 Pa. 236, 546 A. 2d 1101; No. 88–7299, 258 Ga. 583, 373 S. E. 2d 192; No. 89–5223, 128 Ill. 2d 231, 538 N. E. 2d 1107; No. 89–6166, 549 So. 2d 1370; No. 89–6192, 775 S. W. 2d 89; No. 89–6427, 238 Va. 295, 384 S. E. 2d 785; No. 89–6435, 238 Va. 563, 385 S. E. 2d 850.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 89–324.   P*I*E NATIONWIDE, INC. v. PERRY ET AL.   C. A. 6th Cir.   Certiorari denied.   JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 89–939.   HEALTHAMERICA ET AL. v. MENTON.   Sup. Ct. Ala.   Certiorari denied.   JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 89–701.   TUOLUMNE PARK AND RECREATION DISTRICT ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL.   C. A. 9th Cir.   Motion of National Trust for Historic Preservation in the United States et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 89–775.   GASTON COUNTY BOARD OF EDUCATION ET AL. v. SHOOK, BY AND THROUGH HER GUARDIAN AD LITEM, SHOOK.   C. A. 4th Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.